Dismissed and Memorandum Opinion filed June 11, 2009








Dismissed
and Memorandum Opinion filed June 11, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00294-CV

____________

 

JOHN PALMER, Appellant

 

V.

 

NORMAN ARNOLD, Appellee

 



 

On Appeal from the
190th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-40006

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 10, 2009.  On May 15, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Brown, and
Sullivan.